IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., PIONEER CORPORATION, PIONEER ELECTRONICS, INC., YAMAHA CORPORATION, YAMAHA ELECTRONICS CORPORATION, D&M HOLDINGS LLC, and DENON ELECTRONICS, LLC. <br><br> Defendants. | FILED: JUNE 30, 2008 <br> 08CV3732 <br> JUDGE ANDERSEN <br> MAGISTRATE JUDGE MASON <br> TG <br><br> CASE NO.: <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S LOCAL RULE 3.2**
**NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Fed.R.Civ.P. 7.1, Plaintiff EZ4Meida, Inc. through their attorneys, declares that EZ4Media, Inc. has no publicly held affiliates.

Respectfully submitted,

/s/David J. Sheikh
Raymond P. Niro (rniro@nshn.com)
Christopher J. Lee (clee@nshn.com)
David J. Sheikh (sheikh@nshn.com)
Richard B. Megley, Jr. (megleyjr@nshn.com)
Lee F. Grossman (lgrossman@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiff*