IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., PIONEER CORPORATION, PIONEER ELECTRONICS, INC., YAMAHA CORPORATION, YAMAHA ELECTRONICS CORPORATION, D&M HOLDINGS LLC, and DENON ELECTRONICS, LLC. <br><br> Defendants. | FILED: JUNE 30, 2008 <br> 08CV3732 <br> JUDGE ANDERSEN <br> MAGISTRATE JUDGE MASON <br> TG <br><br> CASE NO.: <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290.

1. Name and address of plaintiff:

   EZ4Media, Inc.
   2275 Half Day Road, Suite 350
   Bannockburn, Illinois 60015

2. Names and addresses of defendants:

   Samsung Electronics Co., Ltd.
   250, 2-ga, Taepyong-ro, Jung-gu
   Seoul, South Korea 100-742

   Samsung Electronics America, Inc.
   105 Challenger Road
   Ridgefield Park, NJ  07660

   Pioneer Corporation
   25-1 Aza-Nishimachi, Yamada, Kawagoe-shi
   Saitama, Japan  350-8555

    Pioneer Electronics, Inc.
    2265 E. 220th Street
    Long Beach, CA  90810

    Yamaha Corporation
    10-1 Nakazawa-cho, Naka-ku
    Hamamatsu, Japan 430-8650

    Yamaha Electronics Corporation
    6660 Orangethorpe Avenue
    Buena Park, CA  90620

    D&M Holdings, Inc.
    2-4-6, Kitahama, Chuo-ku
    Osaka, Japan 541-8535

    Denon Electronics, LLC
    100 Corporate Drive
    Mahway, NJ  07430

3.    Name of Inventors:

    Craig M. Janik

4.    United States Patent Numbers Involved:

    U.S. Patent No. 7,142,934
    U.S. Patent No. 7,142,935
    U.S. Patent No. 7,167,765
    U.S. Patent No. 7,107,605

    Respectfully submitted,

    /s/David J. Sheikh
    Raymond P. Niro (rniro@nshn.com)
    Christopher J. Lee (clee@nshn.com)
    David J. Sheikh (sheikh@nshn.com)
    Richard B. Megley, Jr. (megleyjr@nshn.com)
    Lee F. Grossman (lgrossman@nshn.com)
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison Street, Suite 4600
    Chicago, Illinois 60602
    (312) 236-0733

    ***Attorneys for Plaintiff***