U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EZ4Media, Inc.<br>    v.<br>Samsung Electronics Co., Ltd. et al. | Case Number: 08-CV-3732 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants D&M Holdings LLC and Denon Electronics, LLC

| |
|---|
| NAME (Type or print)<br>Paul A. Kafadar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Paul A. Kafadar |
| FIRM<br>McDonnell Boehnen Hulbert & Berghoff |
| STREET ADDRESS<br>300 S. Wacker Dr., Suite 3100 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289869 | TELEPHONE NUMBER<br>312-913-3352 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |