UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., | ) |
| Plaintiff, | ) Civil Action No. 08 CV 3732 |
| v. | ) |
| SAMSUNG ELECTRONICS CO., LTD. | ) The Honorable Judge Andersen |
| SAMSUNG ELECTRONICS AMERICA, INC., PIONEER CORPORATION, PIONEER ELECTRONICS, INC., YAMAHA ELECTRONICS CORPORATION, D&M HOLDINGS LLC, and DENON ELECTRONICS, LLC. | ) Magistrate Judge Mason |
| Defendant. | ) |

**DEFENDANT D&M HOLDINGS LLC AND DENON ELECTRONICS LLC'S UNOPPOSED MOTION FOR THE ENTRY OF JOINT STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

Defendants D&M Holdings, LLC, and Denon Electronics LLC (collectively "D&M"), hereby move this Court to enter the following stipulation between D&M and Plaintiff EZ4Media, Inc. ("EZ4Media"), allowing D&M to extend its time to answer, move, or otherwise respond to EZ4Media's complaint 30 days from July 28, 2008 to August 27, 2008. D&M and EZ4Media have agreed to the following stipulation:

EZ4Media and D&M hereby stipulate that D&M, without waiving any defenses or matters that may be presented pursuant to FED. R. CIV. P. 12(b) or any other rule or law, may extend D&M's time to answer, move, or otherwise respond to EZ4Media's Complaint. The current deadline for D&M to answer, move, or otherwise respond is July 28, 2008. Pursuant to

the stipulation, the time to answer, move, or otherwise respond is hereby extended until and including August 27, 2008.

Respectfully submitted,

Date: July 17, 2008          By:          s/ Paul A. Kafadar
                                      Bradley J. Hulbert (ID No. 3127458)
                                      George I. Lee (ID No. 6225430)
                                      Rick A. Machonkin (ID No. 6237591)
                                      Paul A. Kafadar (ID No. 6289869)
                                      kafadar@mbhb.com
                                      **McDonnell Boehnen Hulbert & Berghoff LLP**
                                      300 South Wacker Drive
                                      Chicago, Illinois 60606
                                      Tel.: (312) 913-0001
                                      Fax: (312) 913-0002

                                      **Attorneys for Defendants,**
                                      **D&M HOLDINGS LLC,**
                                      **DENON ELECTRONICS, LLC**

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on July 17, 2008 as follows:

**Via email**
David J. Sheikh
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
Attorney for Plaintiff EZ4Media, Inc.


                                              s/   Paul A. Kafadar