## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| EZ4MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08 CV 3732 |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD. ) | The Honorable Judge Andersen |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., PIONEER CORPORATION, ) | Magistrate Judge Mason |
| PIONEER ELECTRONICS, INC., ) | |
| YAMAHA ELECTRONICS ) | |
| CORPORATION, D&M HOLDINGS LLC, ) | |
| and DENON ELECTRONICS, LLC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, July 23, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, one of the attorneys for Defendants D&M Holdings, LLC, and Denon Electronics LLC (collectively "D&M") shall appear before the Honorable Wayne R. Andersen in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn St., Room 1403, Chicago Illinois, and then and there present DEFENDANT D&M HOLDINGS LLC AND DENON ELECTRONICS LLC'S UNOPPOSED MOTION FOR THE ENTRY OF JOINT STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD.

Respectfully submitted,

Date: July 17, 2008   By:       s/ Paul A. Kafadar
                                      Bradley J. Hulbert (ID No. 3127458)
                                      George I. Lee (ID No. 6225430)
                                      Rick A. Machonkin (ID No. 6237591)
                                      Paul A. Kafadar (ID No. 6289869)
                                      kafadar@mbhb.com
                                      **McDonnell Boehnen Hulbert & Berghoff LLP**
                                      300 South Wacker Drive
                                      Chicago, Illinois 60606
                                      Tel.: (312) 913-0001
                                      Fax: (312) 913-0002

                                      **Attorneys for Defendants,**
                                      **D&M HOLDINGS LLC,**
                                      **DENON ELECTRONICS, LLC**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on July 17, 2008 as follows:

**Via email**
David J. Sheikh
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
Attorney for Plaintiff EZ4Media, Inc.


                                                   s/   Paul A. Kafadar