UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., </br></br> Plaintiff, </br></br> v. </br></br> SAMSUNG ELECTRONICS CO., LTD., </br> SAMSUNG ELECTRONICS AMERICA, INC., </br> PIONEER CORPORATION, </br> PIONEER ELECTRONICS, INC., </br> YAMAHA CORPORATION, </br> YAMAHA ELECTRONICS CORPORATION, </br> D&M HOLDINGS LLC, and </br> DENON ELECTRONICS, LLC, </br></br> Defendants. | Case No. 08 CV 3732 </br></br> Judge Wayne R. Anderson </br> Magistrate Judge Michael T. Mason |

**DEFENDANT YAMAHA ELECTRONICS
CORPORATION, USA'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Yamaha Electronics Corporation, USA, incorrectly named as "Yamaha Electronics Corporation," hereby discloses that it is a wholly-owned subsidiary of Yamaha Corporation of America.

Dated: July 18, 2008

/s/ Todd H. Flaming
_____
Attorney for Defendant Yamaha Electronics Corporation, USA

Todd H. Flaming
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
Telephone: (312) 701-9300
Facsimile: (312) 701-9335
E-mail: flaming@sw.com