UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 3732 ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., PIONEER CORPORATION, PIONEER ELECTRONICS, INC., YAMAHA CORPORATION, YAMAHA ELECTRONICS CORPORATION, D&M HOLDINGS LLC, and DENON ELECTRONICS, LLC, | ) Judge Wayne R. Anderson ) Magistrate Judge Michael T. Mason ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT YAMAHA ELECTRONICS
CORPORATION, USA'S UNOPPOSED MOTION FOR
<u>ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND</u>**

Defendant Yamaha Electronics Corporation, USA ("YEC"), incorrectly named as "Yamaha Electronics Corporation," hereby moves this Court to enlarge the time for YEC to answer, move, or otherwise respond to EZ4Media's complaint 30 days from July 28, 2008 to August 27, 2008.  Counsel for YEC, Todd Flaming, spoke with counsel for plaintiff, David Sheikh, who agreed on behalf of plaintiff not to oppose this enlargement of time.  The additional time will allow YEC to more fully investigate the allegations of the complaint, which involve allegations of patent infringement.  This enlargement of time is sought in good faith and is not sought for purposes of delaying the case.

2

Dated: July 18, 2008

        Respectfully submitted,

        /s/ Todd H. Flaming
        _____
        Attorney for Defendant Yamaha Electronics Corporation, USA

Todd H. Flaming
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
Telephone: (312) 701-9300
Facsimile: (312) 701-9335
E-mail: flaming@sw.com

**CERTIFICATE OF SERVICE**

I, Todd H. Flaming, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals this 18th day of July, 2008:

**Raymond P. Niro**
**Christopher J. Lee**
**David J. Sheikh**
**Richard Burns Megley, Jr**
**Lee F. Grossman**
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4500
Chicago, IL 60602
312 236 0733
312 621 9001 (fax)

**Paul A. Kafadar**
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Dr.
Suite 3100
Chicago, IL 60606
312 913 0001

/s/ Todd. H. Flaming_____
Todd. H. Flaming