# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 CV 3732 |
| SAMSUNG ELECTRONICS CO., LTD., | ) Judge Wayne R. Anderson |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) Magistrate Judge Michael T. Mason |
| PIONEER CORPORATION, | ) |
| PIONEER ELECTRONICS, INC., | ) |
| YAMAHA CORPORATION, | ) |
| YAMAHA ELECTRONICS CORPORATION, | ) |
| D&M HOLDINGS LLC, and | ) |
| DENON ELECTRONICS, LLC, | ) |
| Defendants. | ) |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Wednesday, July 23, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, one of the attorneys for Defendants Yamaha Electronics Corporation, USA, incorrectly named as "Yamaha Electronics Corporation," shall appear before the Honorable Wayne R. Anderson in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn St. Room 1403, Chicago Illinois, and then and there present DEFENDANT YAMAHA ELECTRONICS CORPORATION, USA'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND.

Dated: July 18, 2008

                      Respectfully submitted,

                      /s/  Todd H. Flaming
                      _____
                      Attorney for Defendant Yamaha Electronics Corporation, USA

Todd H. Flaming
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
Telephone: (312) 701-9300
Facsimile: (312) 701-9335
E-mail: flaming@sw.com

**CERTIFICATE OF SERVICE**

I, Todd H. Flaming, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals this 18th day of July, 2008:

**Raymond P. Niro**
**Christopher J. Lee**
**David J. Sheikh**
**Richard Burns Megley, Jr**
**Lee F. Grossman**
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4500
Chicago, IL 60602
312 236 0733
312 621 9001 (fax)

**Paul A. Kafadar**
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Dr.
Suite 3100
Chicago, IL 60606
312 913 0001

/s/ Todd. H. Flaming
Todd. H. Flaming