UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> PIONEER CORPORATION, <br> PIONEER ELECTRONICS, INC., <br> YAMAHA CORPORATION, <br> YAMAHA ELECTRONICS CORPORATION, <br> D&M HOLDINGS LLC, and <br> DENON ELECTRONICS, LLC, <br><br> Defendants. | Case No.: 08 CV 3732 <br><br> Judge Wayne R. Anderson <br> Magistrate Judge Michael T. Mason |

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Samsung Electronics America, Inc. hereby discloses that it is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.

Dated: July 21, 2008

                                        /s/ William E. Devitt
                                    William E. Devitt
                                    KIRKLAND & ELLIS LLP
                                    200 East Randolph Drive
                                    Chicago, Illinois 60601-6636
                                    (312) 861-2000

                                    *Attorneys for Defendants*
                                    SAMSUNG ELECTRONICS CO., LTD.
                                    SAMSUNG ELECTRONICS AMERICA, INC.

**CERTIFICATE OF SERVICE**

      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 21st day of July 2008:

      Raymond P. Niro
      Christopher P. Lee
      David K. Sheikh
      Richard Burns Megley, Jr.
      Lee F. Grossman
      **Niro, Scavone, Haller & Niro**
      181 W. Madison Street
      Suite 4500
      Chicago, IL  60602
      312-236-0733
      312-621-900 (fax)

      Paul A. Kafadar
      **McDonnel, Boehnen, Hulbert & Berghoff**
      300 S. Wacker Drive
      Suite 3000
      Chicago, IL 60606
      312-913-0001

      Todd H. Flaming
      **Schopf & Weiss LLP**
      1 South Wacker Drive
      Suite 2800
      Chicago, IL  60606
      312-701-9300
      312-701-9335 (fax)

                                                /s/ William E. Devitt
                                                William E. Devitt