# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 CV 3732 |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD. ) | The Honorable Judge Andersen |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., PIONEER CORPORATION, ) | Magistrate Judge Mason |
| PIONEER ELECTRONICS, INC., ) | |
| YAMAHA ELECTRONICS ) | |
| CORPORATION, D&M HOLDINGS LLC, ) | |
| and DENON ELECTRONICS, LLC. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. UNOPPOSED MOTION FOR THE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendants Samsung Electronic Co., Ltd. ("Samsung (Korea)"), and Samsung Electronics America, Inc. ("Samsung (America)") (collectively "Samsung"), hereby move this Court to enter the following stipulation between Samsung and Plaintiff EZ4Media, Inc. ("EZ4Media"), allowing each Samsung entity to extend its time to answer, move, or otherwise respond to EZ4Media's complaint to September 19, 2008.

Samsung (America) was served the complaint on July 7, 2008. Thus, the current deadline for Samsung (America) to answer, move, or otherwise respond is July 28, 2008. Pursuant to Fed. R. Civ. P. 4, Samsung (Korea) has agreed to waive service of the complaint. Accordingly, EZ4Media and Samsung hereby stipulate, without waiving any defenses or matters that may be presented pursuant to Fed. R. Civ. P. 12(b) or any other rule or law, that the time to answer, move, or otherwise respond for each Samsung entity is hereby extended until and including September 19, 2008.

KIRKLAND & ELLIS LLP


    /s/ William E. Devitt
William E. Devitt
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000


*Attorney for Defendants*
SAMSUNG ELECTRONICS CO., LTD.
SAMSUNG ELECTRONICS AMERICA, INC.

2

**CERTIFICATE OF SERVICE**


      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 21st day of July 2008:


      Raymond P. Niro
      Christopher P. Lee
      David K. Sheikh
      Richard Burns Megley, Jr.
      Lee F. Grossman
      **Niro, Scavone, Haller & Niro**
      181 W. Madison Street
      Suite 4500
      Chicago, IL  60602
      312-236-0733
      312-621-900 (fax)

      Paul A. Kafadar
      **McDonnel, Boehnen, Hulbert & Berghoff**
      300 S. Wacker Drive
      Suite 3000
      Chicago, IL 60606
      312-913-0001

      Todd H. Flaming
      **Schopf & Weiss LLP**
      1 South Wacker Drive
      Suite 2800
      Chicago, IL  60606
      312-701-9300
      312-701-9335 (fax)


                                                      /s/ William E. Devitt
                                                         William E. Devitt