# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 3732 |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | Judge Wayne R. Anderson |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | Magistrate Judge Michael T. Mason |
| PIONEER CORPORATION, ) | |
| PIONEER ELECTRONICS, INC., ) | |
| YAMAHA CORPORATION, ) | |
| YAMAHA ELECTRONICS CORPORATION, ) | |
| D&M HOLDINGS LLC, and ) | |
| DENON ELECTRONICS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Thursday, July 31, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, one of the attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. shall appear before the Honorable Wayne R. Anderson in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn St. Room 1403, Chicago Illinois, and then and there present DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED MOTION FOR THE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND.

Dated: July 21, 2008

          /s/ William E. Devitt
William E. Devitt
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2000

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO., LTD.
SAMSUNG ELECTRONICS AMERICA, INC.

2

**CERTIFICATE OF SERVICE**

      I, William E. Devitt, an attorney, hereby certify that I caused a copy of the attached document to be served via the Court's electronic filing service (ECF), upon the following individuals on this 21st day of July 2008:

      Raymond P. Niro
      Christopher P. Lee
      David K. Sheikh
      Richard Burns Megley, Jr.
      Lee F. Grossman
      **Niro, Scavone, Haller & Niro**
      181 W. Madison Street
      Suite 4500
      Chicago, IL  60602
      312-236-0733
      312-621-900 (fax)

      Paul A. Kafadar
      **McDonnel, Boehnen, Hulbert & Berghoff**
      300 S. Wacker Drive
      Suite 3000
      Chicago, IL 60606
      312-913-0001

      Todd H. Flaming
      **Schopf & Weiss LLP**
      1 South Wacker Drive
      Suite 2800
      Chicago, IL  60606
      312-701-9300
      312-701-9335 (fax)

                                    /s/ William E. Devitt
                                  William E. Devitt