## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

EZ4Media, Inc.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−03732
                                                    Honorable Wayne R. Andersen

Samsung Electronics Co., Ltd., et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. unopposed motion for the extension of time to answer or otherwise respond to plaintiff's complaint [23] is granted to 9/19/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.