Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 3732 | **DATE** | 7/25/2008 |
| **CASE TITLE** | EZ4Media, Inc. Vs. Samsung Electronics Co., Ltd. Et al | | |

**DOCKET ENTRY TEXT**

Enter order. Defendant Yamaha Electronics Corporation, USA, has until August 27, 2008 to answer or otherwise respond to the complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

2008 JUL 30 AM 8:35
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA