UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>PIONEER CORPORATION,<br>PIONEER ELECTRONICS, INC.,<br>YAMAHA CORPORATION,<br>YAMAHA ELECTRONICS CORPORATION,<br>D&M HOLDINGS LLC, and<br>DENON ELECTRONICS, LLC,<br><br>    Defendants. | Case No. 08 CV 3732<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Michael T. Mason |

### ORDER

This matter coming to be heard Defendant Yamaha Electronics Corporation, USA's unopposed Motion for Enlargement of Time to Answer or Otherwise Respond, the Court being fully advised in the premises, it is hereby ordered that Defendant Yamaha Electronics Corporation, USA, has until August 27, 2008 to answer or otherwise respond to the complaint.

ENTERED:

_____
Hon. Wayne R. Andersen

July 25, 2008

*Proposed order prepared by:*
Todd H. Flaming
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
Telephone: (312) 701-9300
Facsimile: (312) 701-9335
E-mail: flaming@sw.com