# Affidavit of Process Server

| EZ4Media, Inc. | vs | Samsung Electronics, et al. | 08CV3732 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __David Ksiazek__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __D&M Holdings, Inc__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint, Plaintiff's Local Rule 3.2 Notice of Affiliates Disclosure Statement and Plaintiff's Local Rule 3.4 Notice of Claims Involving Patent

by serving (NAME) __Dominick J. Gallo__

at ☐ Home _____
☒ Business __100 Corporate Dr., Mahwah, NJ__
☒ on (DATE) __7/7/08__ at (TIME) __11:15 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Dominick J. Gallo, CFO__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address　☐ Evading　☐ Other: _____
☐ Address Does Not Exist　☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding　☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME,
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male　☒ White Skin　☐ Black Hair　☐ White Hair　☐ 14-20 Yrs.　☐ Under 5'　☐ Under 100 Lbs.
☐ Female　☐ Black Skin　☐ Brown Hair　☐ Balding　☐ 21-35 Yrs.　☐ 5'0"-5'3"　☐ 100-130 Lbs.
　　　　　☐ Yellow Skin　☐ Blond Hair　　　　　　☐ 36-50 Yrs.　☐ 5'4"-5'8"　☐ 131-160 Lbs.
　　　　　☐ Brown Skin　☒ Gray Hair　☐ Mustache　☒ 51-65 Yrs.　☒ 5'9"-6'0"　☒ 161-200 Lbs.
☒ Glasses　☐ Red Skin　☐ Red Hair　☐ Beard　☐ Over 65 Yrs.　☐ Over 6'　☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ __New York__　County of ~~Cook~~ __Rockland__

Subscribed and sworn to before me, a notary public, this __7__ day of __July__, 20__08__.

_____
NOTARY PUBLIC

ALAN DEMOVSKY
Notary Public, State of New York
Qualified in Rockland County
No. 31-4612156
Cert. Filed in New York County
Commission Expires Oct. 31 2009

SERVED BY
LASALLE PROCESS SERVERS
IL Private Detective License#
117-001432

Niro

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.