# Affidavit of Process Server

| EZ4Media, Inc. | vs | Samsung Electronics, et al. | 08CV3732 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I ___David Ksiazek___,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served ___Denon Electronics, LLC___
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____witness fee and mileage

☒☒ Summons, Complaint, Plaintiff's Local Rule 3.2 Notice of Affiliates Disclosure Statement and Plaintiff's Local Rule 3.4 Notice of Claims Involving Patent

by serving (NAME) ___Dominick J. Gollo___

at ☐ Home _____

☒ Business ___100 Corporate Drive, Mahwah, NJ___

☒ on (DATE) ___7/7/08___    at (TIME) ___11:15 Am___

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____    (STATE) _____

## Manner of Service:

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely ___Dominick J. Gallo, CFo___

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address       ☐ Evading              ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

## Service Attempts: Service was attempted on: (   )_____, (   )_____, (   )_____
DATE TIME / DATE TIME / DATE TIME

(   )_____, (   )_____, (   )_____
DATE TIME / DATE TIME / DATE TIME

## Description:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"–5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"–5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☒ 5'9"–6'0" | ☒ 161-200 Lbs. |
| ☒ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ New York    County of ~~Cook~~ Rockland

Subscribed and sworn to before me,
a notary public, this ___ day of ___July___, 20___08___

SERVED BY
LASALLE PROCESS SERVERS
IL Private Detective License#
117-001432

NOTARY PUBLIC

ALAN DEMOVSKY
Notary Public, State of New York
Qualified in Rockland County
No. 31-4612156
Cert. Filed In New York County
Commission Expires Oct. 31 20___

Niro

**NARPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.