UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| EZ4MEDIA, INC., | ) |
| Plaintiff, | ) Civil Action No. 08 CV 3732 |
| v. | ) |
| SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC., PIONEER CORPORATION, PIONEER ELECTRONICS, INC., YAMAHA ELECTRONICS CORPORATION, D&M HOLDINGS LLC, and DENON ELECTRONICS, LLC. | ) The Honorable Judge Wayne Andersen <br> ) Magistrate Judge Michael Mason |
| Defendant. | ) |

**DEFENDANTS D&M HOLDINGS INC.'S AND DENON ELECTRONICS (USA), LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Denon Electronics (USA), LLC, incorrectly named as "Denon Electronics, LLC," hereby discloses that it is a wholly-owned subsidiary of D&M Holdings U.S. Inc. Based on information presently available, Defendant D&M Holdings Inc., incorrectly identified in the caption as "D&M Holdings LLC" hereby discloses that the following entities own more than 5% of D&M Holdings Inc.:

1. RHJ International S.A., Avenue Louise 326, 1050 Brussels, Belgium;
2. Koninklijke Philips Electronics N.V., Groenewoudseweg 1, 5621 BA, Eindhoven, The Netherlands; and
3. The Master Trust Bank of Japan, Ltd., 1-8-11 Harumi, Chuo-ku, Tokyo, Japan.

Respectfully submitted,

Date:  August 27, 2008        By:        s/ Paul A. Kafadar
                                                  Bradley J. Hulbert
George I. Lee
Rick A. Machonkin
Paul A. Kafadar (ID No. 6289869)
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002
kafadar@mbhb.com

**Attorneys for Defendants,**
**Denon Electronics (USA), LLC,**
**D&M Holdings Inc.**

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on August 27, 2008 as follows:

**Via email**
David J. Sheikh
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
Attorney for Plaintiff EZ4Media, Inc.

                s/   Paul A. Kafadar