**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

EZ4Media, Inc.
             Plaintiff,

v.                  Case No.: 1:08−cv−03732
                 Honorable Wayne R. Andersen

Samsung Electronics Co., Ltd., et al.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

  MINUTE entry before the Honorable Wayne R. Andersen:Minute entry [42] is amended to correct that only defendant Yamaha Corporation is dismissed without prejudice, pursuant to FRCP 41(a)(1)(ii). All other aspects of the order to stand.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.