IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, <br> INC., PIONEER CORPORATION, <br> PIONEER ELECTRONICS (USA) INC., <br> YAMAHA ELECTRONICS <br> CORPORATION, USA, and DENON <br> ELECTRONICS (USA), LLC, <br><br> Defendants. | CASE NO.: 08 CV 3732 <br><br> Judge Wayne R. Andersen <br> Magistrate Judge Michael T. Mason |

**AGREED MOTION FOR ENTRY OF STIPULATED ORDER
OF DISMISSAL UNDER FED.R.CIV.P. 41(A)(2)**

Plaintiff, EZ4Media, Inc. ("EZ4Media") and defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), jointly move this Court to enter the Proposed Stipulated Order of Dismissal under Fed.R.Civ.P. 41(a)(2) that is attached to this motion as Exhibit A. The parties are filing this motion and seeking dismissal pursuant to a License and Settlement Agreement.

EZ4Media and Samsung therefore respectfully ask this Court to enter the attached order and dismiss the claims between EZ4Media and Samsung with prejudice.

Respectfully submitted,

/s/David J. Sheikh
Raymond P. Niro
Dean D. Niro
Christopher J. Lee
David J. Sheikh

Richard B. Megley, Jr.
Lee F. Grossman
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

***Attorneys for EZ4Media, Inc.***

**CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **AGREED MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL UNDER FED.R.CIV.P. 41(A)(2)** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

      Bradley J. Hulbert (hulbert@mbhb.com)
      George I. Lee (lee@mbhb.com)
      Rich A. Machonkin (machonkin@mbhb.com)
      Paul A. Kafadar (kafadar@mbhb.com)
      McDonnell Boehnen Hulbert & Berghoff LLP
      300 S. Wacker Drive, Suite 3100
      Chicago, IL 60606
      (312) 913-0001
**Counsel for Denon Electronics (USA), LLC**

      Todd H. Flaming (flaming@sw.com)
      Schopf & Weiss LLP
      One South Wacker Drive, 28th Floor
      Chicago, IL 60606-4617
      (312) 701-9300

      Vincent J. Belusko (vbelusko@mofo.com)
      Martin M. Noonen (mnoonen@mofo.com)
      Morrison & Foerster LLP
      555 West Fifth Street, Suite 3500
      Los Angeles, CA 90013-1024
      (213) 892-5200
**Counsel for Yamaha Electronics Corporation, USA**

      William E. Devitt (wdevitt@kirkland.com)
      Christopher R. Liro (cliro@kirkland.com)
      Bradley W. Micsky (bmicsky@kirkland.com)
      Kirkland & Ellis LLP
      200 East Randolph
      Chicago, IL 60601
      (312) 861-2000

      Gregory S. Arovas (garovas@kirkland.com)
      Kirkland & Ellis LLP
      Citigroup Center, 153 East 53rd Street
      New York, NY 10022
      (212) 446-4800
**Counsel for Samsung Electronics, Co., Ltd. And Samsung Electronics America, Inc.**

        Margaret M. Duncan (mduncan@mwe.com)
        Jeffrey R. Gargano (jgargano@mwe.com)
        Matthew J. Gryzlo (mgryzlo@mwe.com)
        Krista Vink Venegas (kvenegas@mwe.com)
        Brett E. Bachtell (bbachtell@mwe.com)
        Alissa R. Misun (amisun@mwe.com)
        McDermott Will & Emery LLP
        227 West Monroe Street
        Chicago, IL  60606
        (312) 372-2000

        Terrence P. McMahon (tmcmahon@mwe.com)
        McDermott Will & Emery LLP
        3150 Porter Drive
        Palo Alto, CA  94304
        (650) 813-5000
**Counsel for Pioneer Electronics (USA), Inc.**

on this 8th day of December, 2008.

                                  */s/David J. Sheikh*