

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 3732 | **DATE** | 12/16/2008 |
| **CASE TITLE** | EZ4Media, Inc. Vs. Samsung Electronics Co., Ltd. Et al | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of stipulated order of dismiss [76] is granted. Enter stipulated order of dismissal under FRCP 41(A)(2) as to plaintiff and defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: TSA